Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY ALLEN JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>Plaintiff,<br><br>v.<br><br>**PORTFOLIO RECOVERY ASSOCIATES, INC. PORTFOLIO ASSOCIATES, LLC**<br><br>Defendant. | Case No: 10-CV-2658- W- BGS<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT PORTFOLIO RECOVERY ASSOCIATES INC. WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)**<br><br>**HON. THOMAS J. WHELAN** |

Plaintiff Danny Allen Jr. (hereinafter "Plaintiff") hereby moves to dismiss this action against Defendant Portfolio Recovery Associates, Inc (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") without prejudice, based on the following:

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Dated: August 10, 2011               **HYDE & SWIGART**

                                     /s Joshua B. Swigart
                                     Joshua B. Swigart
                                     Attorneys for Plaintiff