ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Edward D. Lodgen, Bar No. 155168
Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

*Attorney for Defendant Portfolio Recovery Associates, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALLEN, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PORTFOLIO ASSOCIATES, LLC,<br><br>　　　　　　Defendant. | Case No.  10-cv-2658<br><br>**NOTICE OF RELATED CASES**<br><br>[Assigned to the Honorable John A. Houston] |

Pursuant to Local Rule 40.1, I certify the instant action is related to pending civil cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Meyer v. Portfolio Recovery Associates, LLC*
Docket: No. 11 CV 01008
Court: United States District Court for the Southern District of California
Complaint was filed on Jan. 3, 2011 in the Superior Court for the State of California, San Diego County, and was removed to the Southern District of California on May 9, 2011

*Frydman v. Portfolio Recovery Associates, LLC*
Docket: No. 11 CV 524
Court: United States District Court for the Northern District of Illinois
Complaint filed on Jan. 24, 2011

*Bartlett v. Portfolio Recovery Associates, LLC*
Docket: No. 1:11-CV-0624-JOF
Court: United States District Court for the Northern District of Georgia

82407415.1

Complaint filed on Mar. 1, 2011

*Harvey v. Portfolio Recovery Associates, LLC*
Docket: No. 11-cv-582
Court: United States District Court for the Middle District of Florida
Complaint filed on April 8, 2011

Each of these putative class actions are brought under the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, alleging that Portfolio Recovery Associates, LLC ("PRA")[1] made telephone calls to debtor cell phones using an automated telephone dialing system. At this time, PRA does not believe that having all of these cases assigned to a single district court judge is likely to save judicial efforts or economy because these cases involve different putative class definitions and geographic locations and are in different stages of pleading and discovery with the exception of the *Allen* and *Meyer* actions, which PRA is moving for a transfer and consolidation pursuant to Federal Rule of Civil Procedure 42(a) and Southern District of California Local Rule 40.1.

DATED: August 12, 2011

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By  /s/Julia V. Lee
    Julia V. Lee

*Attorney for Defendant Portfolio Recovery Associates, LLC*

---

[1] Plaintiff incorrectly refers to PRA as "Portfolio Associates, LLC" in its First Amended Complaint. (Dkt. No. 7.) This notice is filed on behalf of PRA.

82407415.1

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **NOTICE OF RELATED CASES** was served upon the parties below pursuant to Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

| Joshua B. Swigart<br>Robert L. Hyde<br>Hyde & Swigart<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108-3551<br>*Counsel for Danny Allen* | Abbas Kazerounian<br>Kazerouni Law Group, APC<br>2700 North Main Street, Ste. 1050<br>Santa Ana, CA 92866<br>*Counsel for Danny Allen* |
|---|---|

In addition, I served via United States Mail, a true and correct copy of same upon the following:

Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Blvd., Suite 1630-430
Phoenix, Arizona 85050
ep@eplaw.us

David C. Parisi
Suzanne Havens Beckman
Azita Moradmand
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Tel:  (818) 990-1299
Fax:  (818) 501-7852
Email:  dparisi@parisihavens.com
Email:  shavens@parisihavens.com
Email:  amoradmand@parisihavens.com

*Counsel for Plaintiff Jesse Meyer, on his own behalf, and behalf of all others similarly situated*

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor, Suite 1800
Chicago, IL 60603
*Counsel for Plaintiffs Jeremy Frydman and Sam Marin*

82407415.1

NOTICE OF RELATED CASES

Henry A. Turner
TURNER LAW OFFICES, LLC
403 W. Ponce de Leon Ave., Ste. 207
Decatur, GA 30030
*Counsel for Plaintiff Kimberly Bartlett and for Plaintiff Karen Harvey*

Samuel M. Hill
THE LAW OFFICES OF SAMUEL M. HILL LLC
2117 Magnolia Ave S
Birmingham, AL 35205
*Counsel for Plaintiff Kimberly Bartlett*

Maurice Arcadier, Esq.
ARCADIER & ASSOCIATES, P.A.
2815 West New Haven
Suites 303 & 304
Melbourne, FL 32904
*Counsel for Plaintiff Karen Harvey*

Date:   August 12, 2011                By:   /S/ Julia V. Lee
                                              Julia V. Lee