UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALLEN, JR., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  3:10-cv-02658-JAH-BGS<br><br>**ORDER SETTING STATUS CONFERENCE** |

On the Court's own motion, IT IS HEREBY ORDERED:

1. The parties shall appear before this Court on **January 31, 2024 at 10:00 a.m.** for a status conference;

2. The parties shall file a joint status report addressing the status of the action including claims that remain following the Court's order granting Defendant's motion for summary judgment in *In re Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act Litigation*, 11md02295 **on or before January 19, 2024**.

DATED:  December 18, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE